Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>     Plaintiff,<br><br>     vs.<br><br>SENIOR HOUSING ASSOCIATES V., et al.,<br><br>     Defendants. | No. 1:11-CV-00577-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has appeared in this action;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: June 24, 2011                              MOORE LAW FIRM, P.C.


                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff Natividad Gutierrez

/

*Natividad Gutierrez v. Senior Housing Associates V, et al.*
Notice of Voluntary Dismissal; Order
                              Page 1

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   June 24, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE